UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLEAR VIEW WEST, LLC,

        Plaintiffs,

    v.

STEINBERG, HALL & ASSOCIATES, INC., et al.,

        Defendants.

Case No. 23-cv-04774-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 3/7/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 7/18/2025.

DESIGNATION OF EXPERTS: 5/1/2025; REBUTTAL: 6/23/2025;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/18/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by 8/29/2025;
    Opp. Due: 9/12/2025; Reply Due: 9/19/2025;
    and set for hearing no later than 10/3/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  11/4/2025
PRETRIAL CONFERENCE DATE: 11/18/2025 at 1:30 PM.

JURY TRIAL DATE: 12/8/2025 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 15 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: October 28, 2024

SUSAN ILLSTON
United States District Judge