United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR VIEW WEST, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STEINBERG, HALL & ASSOCIATES, INC., et al., <br><br> Defendants. | Case No. 23-cv-04774-SI <br><br> **ORDER RE: LEAVE TO FILE AMENDED COMPLAINT AND CASE SCHEDULE** <br><br> Re: Dkt. Nos. 85, 86 |

Plaintiff has requested leave to file a first amended complaint to add a defendant entity allegedly owned by defendant Steinberg, to "clarify and support original allegations," and to "add an important alternative basis for infringement just learned of." Dkt. No. 85. Pursuant to Civil Local Rule 7-1(b), the Court determines that the motion is suitable for resolution without oral argument, and VACATES the June 6, 2025 hearing. The Steinburg defendants[1] do not oppose the amendment of the complaint, but filed a response to "correct the factually incorrect statements Plaintiff used to support its Motion." Dkt. No. 90. The Court takes note of the factual disputes highlighted by the Steinburg defendants in Docket Nos. 89 and 90 but has no need to resolve them. The Court GRANTS plaintiff leave to file an amended complaint. Plaintiff must do so by June 6, 2025.

The Court also grants the consent motion to continue case deadlines, Dkt. No. 86, with a few edits as noted below:

---

[1] The Court uses the term "Steinberg defendants" to refer to all defendants except Craig Roberts and Craig Roberts Home Improvements, Inc.

| | | | |
|---|---|---|---|
| 1 | Designation of Experts | 11/13/2025 | |
| 2 | Rebuttal Reports | 1/5/2026 | |
| 3 | Close of Expert Discovery | 1/30/2026 | |
| 4 | Close of Fact Discovery | 1/30/2026 | |
| 5 | Dispositive Motion Due Date | 3/11/2026 | |
| 6 | Response Deadline | 3/25/2025 | |
| 7 | Reply Deadline | 4/1/2025 | |
| 8 | Dispositive Motion Hearing | ~~4/15/2026~~ | 4/17/2025 |
| 9 | Pretrial Paperwork Due | ~~5/4/2026~~ | 5/19/2026 |
| 10 | Pretrial Conference | ~~5/14/2026~~ | 6/2/2026 |
| 11 | Jury Selection | ~~6/15/2025~~ | 6/22/2026 |
| 12 | Jury Trial (est. 15 days) | ~~6/15/2025~~ | 6/22/2026 |

**IT IS SO ORDERED**.

Dated: May 20, 2025

SUSAN ILLSTON
United States District Judge