UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLEAR VIEW WEST, LLC,

    Plaintiffs,

v.

STEINBERG, HALL & ASSOCIATES, INC., et al.,

    Defendants.

Case No. 23-cv-04774-SI  (SI)

**SECOND AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 2/13/2026 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/26/2026.

DESIGNATION OF EXPERTS: 3/13/2026; REBUTTAL: 5/12/2026.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 6/26/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by: 7/10/2026;
    Opp. Due: 7/24/2026; Reply Due: 7/31/2026;
    and set for hearing no later than 8/14/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE: 9/1/2026
PRETRIAL CONFERENCE DATE: 9/15/2026 at 1:30 PM.

JURY TRIAL DATE: 9/28/2026 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 15 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: January 9, 2026

SUSAN ILLSTON
United States District Judge